# Exhibit A

Subject: **Please DocuSign: MATTHEWSJ.docx**
Date: 3/5/2020 1:43:07 PM Eastern Standard Time
From: dse_na2@docusign.net
Reply To: DOCS@PREMIERHOLDINGSUSA.COM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

# DocuSign

PREMIER HOLDINGS sent you a document to review and sign.

## REVIEW DOCUMENT

**PREMIER HOLDINGS**
DOCS@PREMIERHOLDINGSUSA.COM

Jason Matthews,

Please DocuSign MATTHEWSJ.docx

Thank You, PREMIER HOLDINGS

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
FD4BE04FA4EF442582175C78BA5C67832

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach

out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by PREMIER HOLDINGS who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# PREMIER

14902 PRESTON RD STE 404-735
DALLAS, TX 75254
877-348-0991

March 5, 2020

Jason R Matthews
~~[redacted address]~~
Coopersville MI 749404

| | |
|---|---|
| **Re:** | CJA |
| **Orig Cred:** | CONTINENTAL FINANCE |
| **Account:** | 5206054260258072 (1241869) 400 |
| **SS#** | xxx-xx-~~[redacted]~~ |
| **Balance:** | $527.37 |

Dear Jason R Matthews:

Our client, **CJA** has given Premier the opportunity to accept a payment plan on the above referenced account.

Our office must be notified (3) business days prior to payment date if for any reason you make the decision to revoke your authorization.

Premier is hereby authorized to electronically debit the account listed on the date(s) specified below:

Terms:
- $100.00 due 03/06/2020 and $427.37 due 03/10/2020
- There is a 4% fee for all credit card transactions.
- Amount to be processed: **$104.00 and $444.08**

| CARD TYPE: | Visa |
|---|---|
| CC NUMBER: | ~~[redacted]~~ |
| Exp and CVS#: | ~~[redacted]~~ |
| NAME ON ACCOUNT: | Jason Matthews |

Your signature below is also giving Premier permission to correspond with you via email
~~[redacted email]~~

Sincerely,

*Robert Holiday*
Manager

SIGNATURE:_____ DATE:_____
I authorize **Premier** to charge the checking account indicated in this authorization form according to the terms outlined above. This payment authorization is for the payment arrangement described above, for the amount indicated only. I certify that I am an authorized user of this checking account and that I will not dispute the payment with my bank; so long as the transaction corresponds to the terms indicated on this form.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

DocuSign SECURED

## Certificate Of Completion

Envelope Id: 3CFB5310292D418093919C79F5382304  Status: Delivered
Subject: Please DocuSign: MATTHEWSJ.docx
Source Envelope:
Document Pages: 1     Signatures: 0     Envelope Originator:
Certificate Pages: 4  Initials: 0       PREMIER HOLDINGS
AutoNav: Enabled                        1732 HARTFORD DR
EnvelopeId Stamping: Enabled            Carrollton, TX  75007
Time Zone: (UTC-06:00) Central Time (US & Canada)   DOCS@PREMIERHOLDINGSUSA.COM
                                        IP Address: 12.231.182.226

## Record Tracking

Status: Original            Holder: PREMIER HOLDINGS              Location: DocuSign
       3/5/2020 12:42:04 PM         DOCS@PREMIERHOLDINGSUSA.COM

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jason Matthews <br> ■ <br> Security Level: Email, Account Authentication (None) | | Sent: 3/5/2020 12:43:05 PM <br> Viewed: 3/5/2020 12:50:59 PM |
| **Electronic Record and Signature Disclosure:** <br> Accepted: 3/5/2020 12:50:59 PM <br> ID: e2ff66ea-9519-436d-bb82-4b3b13849c2b | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/5/2020 12:43:05 PM |
| Certified Delivered | Security Checked | 3/5/2020 12:51:00 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 7/12/2018 10:47:50 AM
Parties agreed to: Jason Matthews
Case 1:20-cv-00390-RJJ-RSK ECF No. 1-1, PageID.40 Filed 05/05/20 Page 6 of 8

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Zenco Collections (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Zenco Collections:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: mvela@zencocollects.com

**To advise Zenco Collections of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at mvela@zencocollects.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Zenco Collections**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to mvela@zencocollects.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Zenco Collections**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
　i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
　ii. send us an e-mail to mvela@zencocollects.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Zenco Collections as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Zenco Collections during the course of my relationship with you.