UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MATTHEWS,

        Plaintiff,

v.

ZENCO COLLECTIONS LLC, et al.,

        Defendants.
_____/

Case No. 1:20-cv-390

HON. ROBERT J. JONKER

NOTICE OF DISMISSAL OF PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff hereby gives notice of the immediate dismissal from this action, without prejudice, of defendants Zenco Collections LLC, Zenco Portfolio Management Inc., Premier Holdings Group, Adam Michael Pasternak, and Stephen Gray McFayden.

Dated: October 7, 2020

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com