AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jason Matthews,
Plaintiff,

v.

Zenco Collections LLC, et al.,
Defendants

Case No. 1:20-cv-390
Hon. Robert J. Jonker

TO: CJ Acquire, LLC
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
Attorney at Law
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938

CLERK OF COURT

[Seal of United States District Court, Western District of Michigan]

By Deputy Clerk       10/6/2020
                      Date

---

## PROOF OF SERVICE

This summons for ___CJ Acquire, LLC___ (name of individual and title, if any) was received by me on __10/6/2020__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __ELENA BISHOP__ __1610 TENNESSE ST. VALLEJO, CA 94590__ (name of individual), who is designated by law to accept service of process on behalf of __CJ ACQUIRE, LLC__ (name of organization) on __10/13/2020__ (date).

☐ I returned the summons unexecuted because _____

☒ Other (specify) __CERTIFIED MAIL 7016 3010 0001 1548 3246__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: __10/22/2020__

[signature] P34356
Server's signature

PHILIP C. ROGERS, ATTORNEY FOR PLAINTIFF
Server's printed name and title

6140 28TH ST SE #115
GRAND RAPIDS, MI 49546
Server's address

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elena Bishop
   1610 Tennessee St.
   Vallejo, CA 94590

9590 9402 2488 6306 0640 70

2. Article Number (Transfer from service label)

   7016 3010 0001 1548 3246

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 10/17/20

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70163010000115483246

Remove X

Your item was delivered to an individual at the address at 12:50 pm on October 13, 2020 in VALLEJO, CA 94590.

## ✓ Delivered

October 13, 2020 at 12:50 pm
Delivered, Left with Individual
VALLEJO, CA 94590

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

October 13, 2020, 12:50 pm
Delivered, Left with Individual
VALLEJO, CA 94590
Your item was delivered to an individual at the address at 12:50 pm on October 13, 2020 in VALLEJO, CA 94590.

October 13, 2020, 8:30 am
Out for Delivery
VALLEJO, CA 94590

October 13, 2020, 8:19 am
Arrived at Unit
VALLEJO, CA 94590

October 12, 2020
In Transit to Next Facility

October 11, 2020, 9:40 pm
Departed USPS Regional Destination Facility
OAKLAND CA DISTRIBUTION CENTER

October 11, 2020, 4:21 am
Arrived at USPS Regional Destination Facility
OAKLAND CA DISTRIBUTION CENTER

October 6, 2020, 9:41 pm
Arrived at USPS Origin Facility
49513

October 6, 2020, 1:53 pm
Acceptance
GRAND RAPIDS, MI 49546

Product Information ⌄

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**