UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MATTHEWS,

        Plaintiff,

v.

ZENCO COLLECTIONS LLC,

        Defendants.
_____/

Case No. 1:20-cv-390

HON. ROBERT J. JONKER

PROOF OF SERVICE

On January 25, 2021, the undersigned served *Plaintiff's First Requests to Produce Documents to Defendants CJ Acquire, LLC, Christopher M. Arnold, and Jessica Lynn Arnold*, by serving Charity A. Olson as the attorney of record for defendants CJ Acquire, LLC, Christopher M. Arnold, and Jessica Lynn Arnold, via the United States Postal Service, first class mail, postage prepaid, addressed as follows:

Charity A. Olson
P.O. Box 64
Hartland, Michigan 48353


Dated: January 25, 2021

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com