UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MATTHEWS,

        Plaintiff,

v.

ZENCO COLLECTIONS LLC,

        Defendants.
_____/

Case No. 1:20-cv-390

HON. ROBERT J. JONKER

PROOF OF SERVICE

On February 1, 2021, the undersigned served defendants with *Plaintiff's Rule 26(a)(1) Disclosures* via the United States Postal Service, first class mail, postage prepaid, addressed as follows:

Charity A. Olson
P.O. Box 64
Hartland, Michigan 48353

Dated: February 1, 2021

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com